UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANIKA PALM, and all others similarly situated,<br><br>                       Plaintiff,<br><br>            v.<br><br>ASSOCIATED CREDIT SERVICE, INC., a Washington Corporation; CHRISTINA DOE; and DAVID SOLBERG,<br><br>                       Defendants. | NO.  2:15-cv-00091-SAB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL OF DEFENDANTS' COUNTERCLAIM** |

On April 30, 2015, Plaintiff filed a Special Motion to Strike Defendant's Counterclaim. ECF No. 11. Plaintiff's motion challenged Defendant's counterclaim based on Washington's anti-strategic lawsuit against public policy (anti-SLAPP) statute. RCW 4.24.525.

Following a decision by the Supreme Court of Washington, which invalidated Washington's anti-SLAPP statute, this Court denied Plaintiff's motion to strike the counterclaim but permitted the parties to file supplemental briefing in support of Plaintiff's Motion to Dismiss Defendants' Counterclaim, ECF No. 24, for the failure to set forth a viable independent cause of action. The Court has considered the supplemental briefing and is fully informed.

**ORDER GRANTING PLAINTIFF'S MOTION
FOR DISMISSAL OF DEFENDANTS' COUNTERCLAIM** ~ 1

In essence, Defendants' Counterclaim asserts that if Defendants can show this action was brought "in bad faith and for the purpose of harassment" they will be entitled to reasonable attorney's fees and costs under 15 U.S.C. § 1692k(a)(3). Defendants correctly state the law with regard to the Court's authority to award fees and costs in appropriate circumstances. Plaintiff, however, is correct that § 1692k(a)(3) does not state a proper cause of action for which Defendants can make a counterclaim. Instead, awarding fees or costs under this provision are properly deemed a "prayer for relief." This Court will interpret the counterclaim as a prayer for relief and Defendants may amend their answer to reflect this.

Accordingly, **IT IS ORDERED:**

1. The Plaintiff's Motion to Dismiss Defendant's Counterclaim, ECF No. 24, is **GRANTED**.
2. Defendants' request for attorney's fees and costs will be construed as a prayer for relief.
3. Defendants may, within fourteen days, amend their Answer to include attorney's fees and costs in the prayer for relief.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** 23rd day of July 2015.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION
FOR DISMISSAL OF DEFENDANTS' COUNTERCLAIM** ~ 2