UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANIKA PALM,<br><br>                Plaintiff,<br><br>   v.<br><br>ASSOCIATED CREDIT SERVICE, INC.,<br>a Washington corporation;<br>CHRISTINE DOE;<br>DAVID SOLBERG,<br><br>                Defendant. | 2:15-cv-091-SAB<br><br>**ORDER OF DISMISSAL** |

     The parties filed a Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulated Notice of Voluntary Dismissal, ECF No. 29. In accordance with Rule 41(a)(1), the above-captioned case is dismissed with prejudice and without costs and attorneys' fees to any party.

     Accordingly**, IT IS HEREBY ORDERED:**

     1. The above-captioned case is **dismissed** with prejudice and without costs and attorneys' fees to any party.

//

//

//

**ORDER OF DISMISSAL ^** 1

1     **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 file this Order, provide copies to counsel, and **close** the file.
3     **DATED** this 15th day of September, 2015.



                      Stanley A. Bastian
                United States District Judge

**ORDER OF DISMISSAL** ^ 2